GEORGE V. HARTMANN et al., Respondents, *v.* FRANCIS J. SCHNUGG et al., Individually and as Executors of and Trustees under the Will of JOHN SCHNUGG, Deceased, et al., Appellants.

*Hartmann* v. *Schnugg*, 113 App. Div. 254, affirmed.
(Argued April 24, 1907; decided May 10, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

23, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for an accounting.

*Joseph Rosenzweig* for appellants.

*Edward S. Clinch* for respondents.

Judgment affirmed, with costs.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.